# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

PA DOC INMATE ID NO. MK9513, PARIS : No. 164 MM 2018
LAVAR GANTZ, :
                     :
           Petitioner :
                     :
                     :
           v. :
                     :
                     :
PA DOC SECRETARY, JOHN E. :
WETZEL, ET AL, :
                     :
           Respondent :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of December, 2018, the Application for Leave to File

Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.